# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

|  |  |  |
|---|---|---|
| VINCENTE RODRIGUEZ MACHADO, A#240-564-696 | § § § | |
| v. | § § | CIVIL ACTION NO. 3:26-CV-1364-S-BK |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT | § § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED June 15, 2026.

_____
**UNITED STATES DISTRICT JUDGE**